IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                            Case No.  23-10096-JWB

RICHARD EMIL CHRISTENSEN,

Defendant.

## MEMORANDUM AND ORDER

This matter is before the court on a motion incident to Defendant's filing of a motion to vacate under 28 U.S.C. § 2255.  (Doc. 73.)  Defendant has filed a sealed motion to file his medical records, under seal and conventionally, in support of his § 2255 motion.  (Doc. 75.)

Defendant's motion to file his medical records under seal and conventionally is DENIED. (Doc. 75.)  Defendant's PSR contains a summary of his medical history including both his physical and mental health.  (Doc. 37 at 13-16.)  As a consequence, this material was already considered at sentencing, irrespective of whether Defendant's counsel used the material during argument. Therefore, the court does not see a need to file the medical records at all.  Defendant's motion to do so is DENIED.  (Doc. 75.)

IT IS SO ORDERED.  Dated this16th day of March, 2026.

s/ John W. Broomes
JOHN W. BROOMES
CHIEF UNITED STATES DISTRICT JUDGE

1